UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MIRIAM MINNER ELLEDGE, | ) | Case No.: 1:23 CV 1979 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Plaintiff, Miriam Minner Elledge, filed a Complaint against the Commissioner of Social Security Administration ("Commissioner"), seeking judicial review of the Commissioner's decision, denying disability benefits.  This court has jurisdiction under 42 U.S.C. Sections 405(f) and 1383(c). The court referred the case to Magistrate Judge James E. Grimes, Jr. ("Magistrate Judge" or "Judge Grimes") for preparation of a Report and Recommendation ("R & R").  Both parties submitted briefs on the merits. (ECF Nos. 7, 9.)

Plaintiff claims she was disabled due to psoriatic arthritis, asthma, attention-deficit hyperactivity disorder, autism spectrum, generalized anxiety disorder, depression, and post-traumatic stress disorder.  Plaintiff then requested a hearing before an the Administrative Law Judge ("ALJ"). In August of 2022, the ALJ issued his decision, finding that Elledge was not disabled.

In this action, she asserts the following assignments of error:

1.      The ALJ committed harmful error when her RFC failed to include limitations related to Plaintiff's documented psychological impairments.

2.      The ALJ committee harmful error when her RFC failed to icnlude limitations related to Plaintiff's psoriatic arthritis, *swellin*g, and pain.

3.      The ALJ erred when she improperly assessed the opinions of the treating and reviewing sources and failed to support her conclusions with substantial evidence.

4.      The ALJ committed harmful error at Step Four of the Sequential Evaluation when she erroneously found that Plaintiff could perform her past relevant work.

Judge Grimes submitted his R & R (ECF No. 11) on April 9, 2024, indicating that none of the assignments of error are well-taken and recommending that the court affirm the Commissioner's final decision.

Objections to the R & R were due by April 23, 2024, but Plaintiff did not submit any. Accordingly, this matter is ripe for review.

The court finds, after careful *de novo* review of the Magistrate Judge's R & R and all other relevant documents in the record, that the Magistrate Judge's conclusions are fully supported by the record and controlling case law. Accordingly, the court adopts as its own Judge Grimes's Report and Recommendation (ECF No. 11). The court hereby affirms the Commissioner's decision.

IT IS SO ORDERED.


/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE



June 28, 2024

-2-